# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 14-1524 JGB(JC) | Date | May 7, 2015 |
|---|---|---|---|
| Title | Shawne Fletcher v. California Department of Corrections, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Donnamarie Luengo, Relief | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE DISMISSAL

On August 19, 2014, plaintiff, Shawne Fletcher ("plaintiff"), who is in custody at the California Rehabilitation Center in Norco ("CRC") in Riverside County, is proceeding *pro se*, and has been granted leave to proceed *in forma pauperis*, filed a Civil Rights Complaint ("Original Complaint") pursuant to 42 U.S.C. § 1983 ("Section 1983") with attached exhibits against the California Department of Corrections and Rehabilitation ("CDCR") and CRC Warden Cynthia Tampkins. Plaintiff sued defendant Tampkins in her individual and official capacities, and sought monetary and injunctive relief from both defendants. On September 19, 2014, the Court dismissed the Original Complaint with leave to amend and afforded plaintiff an opportunity, if he wished to pursue this matter, to file a First Amended Complaint.

On December 4, 2014, plaintiff filed a First Amended Complaint, naming the CDCR and multiple new CDCR officials (not including defendant Tampkins) as defendants.[1] He sued such new individual defendants in both their individual and official capacities, and sought monetary and injunctive relief from all defendants. On April 9, 2015, the Court dismissed the First Amended Complaint with leave to amend and afforded plaintiff an opportunity, if he wished to pursue this matter, to file a Second Amended Complaint within fourteen (14) days, *i.e.*, by April 23, 2015. The Court expressly cautioned plaintiff that the failure timely to file a Second Amended Complaint may result in the dismissal of this action with or without prejudice on the grounds set forth in the April 9 Order and/or for failure diligently to prosecute. To date, although the foregoing deadline has expired, plaintiff has failed to file a Second Amended Complaint or to seek an extension of time to do so.

---

[1] Specifically, the new individual defendants are: (1) M.D. Stainer; (2) Jeffrey A. Beard; (3) Martin Hoshino; (4) Kelly Harrington; (5) Kathleen Allison; (6) Vince Cullen; (7) Laurie Maurino; (8) Natalie Fransham; (9) David Skaggs; and (10) Jane Soria.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 14-1524 JGB(JC) | Date | May 7, 2015 |
|---|---|---|---|
| Title | Shawne Fletcher v. California Department of Corrections, et al. | | |

    IT IS ORDERED that the plaintiff shall show cause in writing, on or before **May 21, 2015**, why this action should not be dismissed based upon the deficiencies identified in the April 9 Order and/or based upon plaintiff's failure to prosecute. **If plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

    **Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, will result in the dismissal of this action with or without prejudice based upon the deficiencies identified in the April 9 Order, plaintiff's failure to prosecute this action and/or plaintiff's failure to comply with the Court's order.**

    IT IS SO ORDERED.

Attachment

Initials of Deputy Clerk    dl