JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNE FLETCHER,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No. EDCV 14-1524 JGB(JC)<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 9, 2015

_____
HONORABLE JESUS A. BERNAL
UNITED STATES DISTRICT JUDGE