JS - 6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWNE FLETCHER, | ) | Case No. EDCV 14-1524 JGB(JC) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed.

DATED:  January 5, 2016

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE